

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-13-00856-CV

**Power Reps, Inc., Bob Bergin and Jeff Jacquin**

**v.**

**Cy Cates, Power Reps Industrial, LLC, and Global Transformer Specialists, Inc.**

NO. 10-DCV-183723 IN THE 400TH DISTRICT COURT OF FORT BEND COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 08/26/2015 | E-PAID | APE |
| MT FEE | $15.00 | 08/24/2015 | E-PAID | ANT |
| MT FEE | $10.00 | 08/05/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 06/19/2014 | E-PAID | APE |
| MT FEE | $10.00 | 06/10/2014 | E-PAID | APE |
| MT FEE | $10.00 | 05/09/2014 | E-PAID | APE |
| RPT RECORD | $612.00 | 04/14/2014 | PAID | ANT |
| RPT RECORD | $16,659.00 | 04/14/2014 | PAID | ANT |
| CLK RECORD | $2,251.00 | 11/15/2013 | UNKNOWN | ANT |
| FILING | $175.00 | 10/17/2013 | PAID | ANT |
| STATEWIDE EFILING | $20.00 | 10/17/2013 | PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $19,782.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this November 6, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**